# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WILSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 06-0540-CG-B |
| | ) |
| **JACK TILLMAN, SAM COCHRAN,** | ) |
| **GLEN GARSIDE, ROBERT SMITH,** | ) |
| **FRED RICHARDSON, and WESLEY** | ) |
| **BARNETT,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order on motions for summary judgment entered this date (Doc. 110), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants Jack Tillman, Sam Cochran, Glen Garside, Robert Smith, Fred Richardson, and Wesley Barnett, and against plaintiff John Wilson. Therefore, all the plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 7th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE